**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **CHARLES GULLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 07-333-MJR** |
| ) | |
| **KENNETH VEIL,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Through counsel, Plaintiff filed this action asserting an Eighth Amendment claim of excessive force against various officers employed by Williamson County, Illinois. After an initial review of the complaint, the Court is unable to dismiss any portion of the action at this point in the litigation. *See* 28 U.S.C. § 1915(e)(2).[1]

Accordingly, Defendants are **ORDERED** to timely file an appropriate responsive pleading to the complaint, and shall not waive filing a reply pursuant to 42 U.S.C. § 1997e(g).

Pursuant to Local Rule 72.1(a)(2), this cause is **REFERRED** to a United States Magistrate Judge for further pre-trial proceedings.

Further, this entire matter is hereby **REFERRED** to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

**IT IS SO ORDERED.**

**DATED this 5th day of June, 2007.**

> s/ Michael J. Reagan
> **MICHAEL J. REAGAN
> United States District Judge**

---

[1] Plaintiff has paid the full filing fee for this action, and summonses have been issued.