IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHARLES GULLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   No. 07-333-MJR |
| | ) |
| **KENNETH VEIL, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### CERTIFICATION

This case is certified as being ready for a trial setting. The Clerk is directed to return the file to Judge Michael J. Reagan for further proceedings.

SO ORDERED.

**DATED:** September 22, 2009

S/Clifford J. Proud
**CLIFFORD J. PROUD**
**United States Magistrate Judge**